■ In the Matter of THOMAS BUTTI, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of

Correctional Services, Respondent. [753 NYS2d 908] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered July 26, 2002, seeking review of a determination after a Tier II hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996). Present—Green, J.P., Wisner, Scudder, Burns and Hayes, JJ.